UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE OHIO CASUALTY INSURANCE
COMPANY,

Plaintiff,

-against-

PRECISION MECHANICAL HVAC CORP.,
DAVID LEBOWITZ, and RIVKA LEBOWITZ,

Defendants.

PRECISION MECHANICAL HVAC CORP.,
DAVID LEBOWITZ, and RIVKA LEBOWITZ,

Third-Party Plaintiffs,

-against-

TNF CONTRACTORS, LLC, THOMAS J.
FATTORUSSO, and NAIDA CASTILLO-
FATTORUSSO,

Third-Party Defendants.

**ORDER**

24-CV-09192 (PMH)

PHILIP M. HALPERN, United States District Judge:

Discovery in this matter ended on November 18, 2025. (Doc. 53). The parties indicated that a settlement was reached as to the first-party action and the parties expected to submit a stipulation and proposed order of dismissal in December. (Doc. 54). The Court issued an order directing the parties to file a letter by December 19, 2025 concerning that settlement and the third party action. (Doc. 55). The parties have not filed anything to date.

The time to move for summary judgment expired, pursuant to Fed. R. Civ. P. 56(b), on December 18, 2025. Although the time to file a joint pretrial order pursuant to the Court's Individual Practices Rule 6(A) passed on December 18, 2025, the Court *sua sponte* extends that deadline *nunc pro tunc* to February 13, 2026 and directs that all of the materials required under Rules 6(A), 6(B), and 6(D) shall be submitted by February 13, 2026.

The case management conference scheduled for February 4, 2026 is adjourned *sine die*.


SO ORDERED:

Dated:  White Plains, New York
        January 5, 2026

_____
Hon. Philip M. Halpern
United States District Judge